THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | DISMISSAL |
| | ) | |
| DEFENDANTS | ) | |

The GOVERNMENT moves for dismissal of the below-captioned cases for the following reason: Prosecutorial Discretion

| Name | Case Number |
|---|---|
| US v Rory L. Adams | 5:09-mj-01005 |
| US v Alex Alvarez | 5:09-mj-01006 |
| US v Damian M. Anderson | 5:09-mj-01007 |
| US v Christopher E. Benoit | 5:09-mj-01011 |
| US v James L. Chaney, II | 5:09-mj-01013 |
| US v Glaina Direito | 5:09-mj-01015 |
| US v John M. Escue | 5:09-mj-01016 |
| US v Bernadette P. Fisher | 5:09-mj-01017 |
| US v Anthony T. Frank | 5:09-mj-01018 |
| US v. Darrell M. Johnson | 5:09-mj-01028 |
| US v. Mindy M. Medford | 5:09-mj-01037 |
| US v Luis E. Pena-Amarante | 5:09-mj-01046 |
| US v Keith R. Pipper | 5:09-mj-01047 |
| US v Johnny W. Richardson | 5:09-mj-01048 |
| US v Mark A. Robinson | 5:09-mj-01050 |
| US v Kerry A. Ross | 5:09-mj-01051 |
| US v Duan D. Tilson | 5:09-mj-01057 |
| Us v Matthew A. Valdez | 5:09-mj-01059 |
| US v Carl L. Welborn | 5:09-mj-01061 |
| US v John L. Williams | 5:09-mj-01065 |
| US v Sean P. Wright | 5:09-mj-01067 |
| US v Russell D. Boswell | 5:09-mj-01100 |
| US v Daniel R. Cantu, Jr. | 5:09-mj-01104 |
| US v John L. Drake | 5:09-mj-01108 |
| US v Anthony M. Hamm | 5:09-mj-01116 |
| US v Joshua L. Hensley | 5:09-mj-01119 |
| US v Larry D. Jackson | 5:09-mj-01120 |
| US v Brandon M. Kulinski | 5:09-mj-01122 |

1

| | |
|---|---|
| US v Christopher J. Lapointe | 5:09-mj-01123 |
| US v Chloe A. Mason | 5:09-mj-01124 |
| US v. Jason M. McKay | 5:09-mj-01125 |
| US v Brian J. McMorris | 5:09-mj-01126 |
| US v Ashley C. Nicola | 5:09-mj-01132 |
| US v Jaymor J. Paula | 5:09-mj-01134 |
| US v Robert E. Ray | 5:09-mj-01136 |
| US v Matthew R. Ritchie | 5:09-mj-01137 |
| US v Emmanuel Robinson | 5:09-mj-01139 |
| US v Deidra J. Sanders | 5:09-mj-01141 |
| US v Michael Schoener | 5:09-mj-01142 |
| US v Richard W. Twist | 5:09-mj-01149 |
| US v Devon M. Urroz | 5:09-mj-01150 |
| US v Christopher P. Adelman | 5:09-mj-01176 |
| US v Douglas C. Cook | 5:09-mj-01183 |
| US v James M. Dandron | 5:09-mj-01187 |
| US v Brandon D. Daniels | 5:09-mj-01188 |
| US v Racheal L. Dahart | 5:09-mj-01189 |
| US v Donald J. Dempsey | 5:09-mj-01190 |
| US v Sneyder Espinoza | 5:09-mj-01194 |
| US v Richard L Hays, Jr. | 5:09-mj-01198 |
| US v. Willie Holloman | 5:09-mj-01199 |
| US v Gary W. Johnson | 5:09-mj-01202 |
| US v Anthony J. Martinez | 5:09-mj-01206 |
| US v Justin D. Pierce | 5:09-mj-01211 |
| US v Lorenza C. Reed | 5:09-mj-01213 |
| US v Loreto M. Rivera, Jr. | 5:09-mj-01215 |
| US v Brandon D. Schaake | 5:09-mj-01218 |
| US v Cesar V. Sepulveda Santiago | 5:09-mj-01219 |
| US v Charles E. Smith | 5:09-mj-01220 |
| US v Matthew R. Staab | 5:09-mj-01222 |
| US v Jonathan E. Walton | 5:09-mj-01225 |
| US v Cody R. White | 5:09-mj-01226 |
| US v Lee Antreas | 5:09-mj-01260 |
| US v Margaret M. Bonertz | 5:09-mj-01263 |
| US v Tiera C. Brown | 5:09-mj-01265 |
| US v Ramon T. Casarrubias | 5:09-mj-01266 |
| US v Ashley R. Cook | 5:09-mj-01270 |
| US v Caira N. Davis | 5:09-mj-01272 |
| US v Justin D. Day | 5:09-mj-01273 |
| US v Thomas R. Dixon | 5:09-mj-01275 |
| US v Edward L. Dumas | 5:09-mj-01276 |
| US v Alizar Edmonson | 5:09-mj-01277 |
| US v Andrew L. Evans | 5:09-mj-01278 |
| US v Jacob R. Gamboni | 5:09-mj-01279 |
| US v Dereice A. George | 5:09-mj-01282 |

| | |
|---|---|
| US v Stewart P. Gregerson | 5:09-mj-01286 |
| US v Jonathan D. Hall | 5:09-mj-01289 |
| US v Johnathon M. Hatfield | 5:09-mj-01292 |
| US v Johnny H. Jamison | 5:09-mj-01296 |
| US v Daniel L. Johnson | 5:09-mj-01297 |
| US v Matthew M. Kempa | 5:09-mj-01298 |
| US v Bartosz M. Kulaga | 5:09-mj-01299 |
| US v Takeshia D. Landry | 5:09-mj-01301 |
| US v Temeah C. Leathers | 5:09-mj-01302 |
| US v Yolanda A. Lopez | 5:09-mj-01303 |
| US v Duane K. Lytch | 5:09-mj-01304 |
| US v David S. Masaitis | 5:09-mj-01306 |
| US v Leotis J. McCoy | 5:09-mj-01307 |
| US v Eric D. McDonald | 5:09-mj-01308 |
| US v Miyoshi R. McMillan | 5:09-mj-01309 |
| US v Tierra E. Moore | 5:09-mj-01310 |
| US v Glenda J. Nicholas | 5:09-mj-01313 |
| US v Craig T. Panabaker | 5:09-mj-01314 |
| US v Kandice S. Presley | 5:09-mj-01315 |
| US v Austin K. Ramsay | 5:09-mj-01316 |
| US v Clayton J. Simon | 5:09-mj-01326 |
| US v Jared M. Ward | 5:09-mj-01332 |
| US v Bryan C. Williams | 5:09-mj-01335 |
| US v Alvin D. Yarbrough | 5:09-mj-01338 |
| US v Nemesis I. Aguilera | 5:09-mj-01370 |
| US v Cory J. Booker | 5:09-mj-01372 |
| US v Christopher M. Britt | 5:09-mj-01375 |
| US v Nadia L. Brock | 5:09-mj-01376 |
| US v Nicholas R. Canon | 5:09-mj-01377 |
| US v Vincent J. Capozza | 5:09-mj-01378 |
| US v Shawn A. Gantt | 5:09-mj-01383 |
| US v Terrance D. Gordon | 5:09-mj-01384 |
| US v Christopher M. Guzman | 5:09-mj-01385 |
| US v James L Heitzman | 5:09-mj-01386 |
| US v Brandi R. Lien | 5:09-mj-01394 |
| US v Samuel G. Lopez | 5:09-mj-01396 |
| US v Mashaun A. Martin | 5:09-mj-01398 |
| US v Markus L. Nicoson | 5:09-mj-01401 |
| US v John M. Putchaconis | 5:09-mj-01403 |
| US v Joshua P. Ridgeway | 5:09-mj-01404 |
| US v Brandon S. Stellone | 5:09-mj-01409 |
| US v Albert H. Trottnow | 5:09-mj-01410 |
| US v Marcques S. Waters | 5:09-mj-01412 |
| US v James E. Waugh | 5:09-mj-01413 |
| US v Jordan H. Wright | 5:09-mj-01416 |
| US v Robin A. Brooks Amador | 5:09-mj-01455 |

| | |
|---|---|
| US v Nicholas D. Burns | 5:09-mj-01457 |
| US v Shaneka Covington | 5:09-mj-01458 |
| US v Daniel Figueroa | 5:09-mj-01464 |
| US v Matthew C. Francis | 5:09-mj-01467 |
| US v Shawn E. Gelpi | 5:09-mj-01469 |
| US v Brandon A. Gore | 5:09-mj-01471 |
| US v Terrence L. Harding | 5:09-mj-01474 |
| US v Victoria S. Harris | 5:09-mj-01475 |
| US v Jeremiah L. Hollenbeck | 5:09-mj-01476 |
| US v Jonathan W. Jenkins | 5:09-mj-01479 |
| US v Andrew C. Kelly | 5:09-mj-01480 |
| US v Marcus J. McDaniel | 5:09-mj-01483 |
| US v Marcus J. McDaniel | 5:09-mj-01484 |
| US v Patrick M. McKoy | 5:09-mj-01486 |
| US v Carlos A. Rivera-Guzman | 5:09-mj-01492 |
| US v Alfredo Soto | 5:09-mj-01498 |
| US v David L. Thomas, III | 5:09-mj-01501 |
| US v Jdasheana Villalobos | 5:09-mj-01504 |
| US v Michael A. Wynn, Jr. | 5:09-mj-01506 |
| US v Shawn V. Abernethy | 5:09-mj-01531 |
| US v David L. Bishop | 5:09-mj-01536 |
| US v William C. Black | 5:09-mj-01537 |
| US v Nicole A. Caesar | 5:09-mj-01541 |
| US v Cameron S. Caruthers | 5:09-mj-01542 |
| US Adrian Cervantes | 5:09-mj-01543 |
| US v Christopher M. Curto | 5:09-mj-01546 |
| US v Monica M. Dick | 5:09-mj-01548 |
| US v Quintin R. Freeman | 5:09-mj-01555 |
| US v Crystal A. Harrison-McDade | 5:09-mj-01559 |
| US v Matthew S. Lempergel | 5:09-mj-01564 |
| US v Mandi J. Mason | 5:09-mj-01569 |
| US v Ellen M. Parlow | 5:09-mj-01576 |
| US v William H. Quebedeaux | 5:09-mj-01578 |
| US v Ollie O. Rabon | 5:09-mj-01579 |
| US v Andrea S. Roberts | 5:09-mj-01581 |
| US v Antonio D. Rodgers | 5:09-mj-01582 |
| US v Paul M. Rodriguez | 5:09-mj-01583 |
| US v Alfredo B. Sanchez | 5:09-mj-01585 |
| US v Calvin B. Scott | 5:09-mj-01586 |
| US v Thomas E. Bowen, II | 5:09-mj-01651 |
| US v Renessa J. Christensen | 5:09-mj-01655 |
| US v Shawn M. Davis | 5:09-mj-01656 |
| US v Gabriel E. Foxworth | 5:09-mj-01661 |
| US v Lanard R. George | 5:09-mj-01662 |

| Case | Number |
|------|--------|
| US v Marcus D. Glenn | 5:09-mj-01663 |
| US v Michael J. Guarrera | 5:09-mj-01665 |
| US v Michael M. Harris | 5:09-mj-01667 |
| US v Jose E. Hegareda | 5:09-mj-01668 |
| US v Matthew C. Heuer | 5:09-mj-01669 |
| US v Jason S. Howard | 5:09-mj-01671 |
| US v Adrian L. Ingram, II | 5:09-mj-01673 |
| US v Thomas C. McCausland | 5:09-mj-01677 |
| US v Wendy L. Meyer | 5:09-mj-01678 |
| US v Martin E. Nowak | 5:09-mj-01680 |
| US v Susan C. O'Rourke | 5:09-mj-01681 |
| US v Terrance E. Peoples | 5:09-mj-01685 |
| US v Kenneth W. Randolph | 5:09-mj-01686 |
| US v Douglas T. Roberts, II | 5:09-mj-01689 |
| US v Xavier J. Rodriguez | 5:09-mj-01691 |
| US v Aaron M. Seidel | 5:09-mj-01692 |
| US v Karin C. Shinn | 5:09-mj-01693 |
| US v James E. Smith, Jr. | 5:09-mj-01694 |
| US v Sirvone B. Smith | 5:09-mj-01695 |
| US v Brandon J. Stanley | 5:09-mj-01697 |
| US v James Swan | 5:09-mj-01698 |
| US v Lille F. Wallace | 5:09-mj-01700 |
| US v Glenn White | 5:09-mj-01702 |
| US v Renn S. Burgeios | 5:09-mj-01706 |
| US v Trinise L. Brown | 5:09-mj-01707 |
| US v William L. Brown | 5:09-mj-01708 |
| US v Willie R. Cain | 5:09-mj-01709 |
| US v Tiffany S. Comer | 5:09-mj-01710 |
| US v Casey O. Franklin | 5:09-mj-01712 |
| US v Brian S. Johnson | 5:09-mj-01714 |
| US v Adam E. King | 5:09-mj-01717 |
| US v Antoine J. Robinson | 5:09-mj-01722 |
| US v Alex R. Soulsby | 5:09-mj-01739 |
| US v Jerome T. Bibbs | 5:09-mj-01764 |
| US v Calvin B. Blake, III | 5:09-mj-01766 |
| US v Tamara N. Burst | 5:09-mj-01769 |
| US v Marcus D. Clark | 5:09-mj-01774 |
| US v Johanna C. Chienda | 5:09-mj-01775 |
| US v Daniel V. Cresta | 5:09-mj-01777 |
| US v Julio Guevara, Jr. | 5:09-mj-01782 |
| US v Virginia E. Harris | 5:09-mj-01784 |
| US v Gareth L. Hay | 5:09-mj-01785 |
| US v Mark A. Hicks | 5:09-mj-01786 |
| US v Patrick T. Manneh | 5:09-mj-01790 |
| US v John R. McCrowe | 5:09-mj-01792 |

| | |
|---|---|
| US v Jimmy E. Morris | 5:09-mj-01794 |
| US v Clayton E. Pate | 5:09-mj-01795 |
| US v Mateo J. Perez | 5:09-mj-01796 |
| US v Robert L. Reddick | 5:09-mj-01797 |
| US v Channing G. Small | 5:09-mj-01801 |
| US v Jonathan K. Williams | 5:09-mj-01805 |
| US v Lori M. Wright | 5:09-mj-01806 |
| US v Annie L. Brinkley | 5:09-mj-01849 |
| US v Angela Crank | 5:09-mj-01851 |
| Us v Merced C. Flores | 5:09-mj-01853 |
| US v Aron L. Fudge | 5:09-mj-01854 |
| US v Craig W. Gathers | 5:09-mj-01855 |
| US v Peter G. Hauenstein | 5:09-mj-01859 |
| US v Joseph E. Jones, Jr. | 5:09-mj-01862 |
| US v Sterling M. Jones | 5:09-mj-01864 |
| US v Ragan L. Kersey | 5:09-mj-01865 |
| US v Ross C. Love | 5:09-mj-01868 |
| US v Richard C. Lingerfelt | 5:09-mj-01869 |
| US v David J. Mercado | 5:09-mj-01870 |
| US v Alex L. Esquivel | 5:09-mj-01909 |
| US v Michael A. Briales | 5:09-mj-01946 |
| US v Anthony J. Brown | 5:09-mj-01947 |
| US v Richard F. Caron | 5:09-mj-01948 |
| US v Jose Carreras-Salazar | 5:09-mj-01950 |
| US v Joy S. Cormier | 5:09-mj-01955 |
| US v Thomas D. Craze | 5:09-mj-01957 |
| US v Stephen D. Doust | 5:09-mj-01959 |
| US v Joseph C. Fields | 5:09-mj-01961 |
| US v Eric J. Hinojosa | 5:09-mj-01970 |
| US v Lanette D. Jinks | 5:09-mj-01972 |
| US v Tatiana B. Mason | 5:09-mj-01977 |
| US v John J. McKissen | 5:09-mj-01978 |
| US v Carrie B. Martinez | 5:09-mj-01979 |
| US v Xavier Y. Mitchell | 5:09-mj-01980 |
| US v Justin A. Ray | 5:09-mj-01988 |
| US v Oliver L. Reed | 5:09-mj-01989 |
| US v Jason C. Richardson | 5:09-mj-01990 |
| US v Andrew K. Roberts | 5:09-mj-01991 |
| US v Diana M. Sirucek | 5:09-mj-01994 |
| US v Nicholas H. Sterling | 5:09-mj-01995 |
| US v Caresse R. Tate | 5:09-mj-01996 |
| US v Amanda J. Valdez | 5:09-mj-01999 |
| US v Ryan R. Ankenbrandt | 5:09-mj-02025 |
| US v Jocelyn L. Brown | 5:09-mj-02029 |
| US v Miguel A. Cruz-Montel | 5:09-mj-02032 |
| US v William D. Daniels | 5:09-mj-02034 |

| | |
|---|---|
| US v Steven B. Deweese | 5:09-mj-02036 |
| US v Orlando R. Dimas | 5:09-mj-02037 |
| US v Shawntez R. Edmondson | 5:09-mj-02039 |
| US v Calvin V. Ellis | 5:09-mj-02040 |
| US v Brittney L. Fink | 5:09-mj-02041 |
| US v Nathaniel R. Giese | 5:09-mj-02045 |
| US v Jordan J. Gilbert | 5:09-mj-02046 |
| US v Theodore M. Gill | 5:09-mj-02047 |
| US v Rafael C. Gonzalez | 5:09-mj-02048 |
| US v Stephen C. Kelly | 5:09-mj-02054 |
| US v Jacob G. Kianos | 5:09-mj-02055 |
| US v Virginia M. Morin | 5:09-mj-02063 |
| US v Adrian Nieto | 5:09-mj-02064 |
| US v Deandrae Lynn Robinson | 5:09-mj-02071 |
| US v Sean R. Robinson | 5:09-mj-02072 |

**Date submitted:** October 6, 2015

*/s/ Natalie J. Karelis*
NATALIE J. KARELIS
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned cases be dismissed without prejudice.

This __13th__ day of __October__, 2015.

*/s/ Kimberly A. Swank*
United States Magistrate Judge